UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**Acknowledged**
TWP
June 17, 2021

NICOLE SHORT,

        Plaintiff,

v.

AVI FOOD SYSTEMS, INC.,

        Defendant.

Case No. 4:20-cv-00115-TWP-DML

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Nicole Short and Defendant AVI Foodsystems, Inc. hereby jointly stipulate to the dismissal of this action with prejudice, with each party to bear their own fees and costs.

Respectfully submitted,

/s/ *Christopher S. Wolcott* (per email consent)
Christopher S. Wolcott
THE WOLCOTT LAW FIRM LLC
450 East 96th Street, Suite 500
Indianapolis, IN 46240
Telephone: 371.500.0700
Facsimile: 317.732.1196
indy2buck@hotmail.com

*Attorney for Plaintiff*

/s/ *Timothy S. Anderson*
Timothy S. Anderson
LITTLER MENDELSON, P.C.
100 Superior Avenue, 20th Floor
Cleveland, Ohio 44114
Telephone: 216.696.7600
Facsimile: 216.696.2038
E-mail: tanderson@littler.com

Brian L. Mosby
LITTLER MENDELSON, P.C.
111 Monument Circle, Suite 702
Indianapolis, IN 46204
Telephone: 317.287.3600
Facsimile: 317.636.0712
E-mail: bmosby@littler.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of June, 2021, filed a copy of the foregoing *Stipulation of Dismissal with Prejudice* electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Christopher S. Wolcott
    The Wolcott Law Firm LLC
    indy2buck@hotmail.com


    */s/ Timothy S. Anderson*

4827-4305-2778.1 / 056055-1204